994 A.2d 1081

**Elbert FERGUSON, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Da Bret Furber, Nikkia Witcher, Respondents.**

**No. 2 EM 2010.**

Supreme Court of Pennsylvania.

May 18, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of May, 2010, the Application for Leave to File Original Process and the Application for Writ of Prohibition are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not

48

allowed). The Prothonotary is directed to forward these filings to counsel of record.